

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00487-CV

**IN RE** Samantha Renee **VEGA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: September 26, 2018

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On July 17, 2018, relator filed a petition for writ of mandamus and a motion for emergency relief, which we denied. After considering the petition, rulings made by the trial court at a subsequent hearing, and briefing filed by relator after the hearing, this court concludes relator is not entitled to the relief sought because the petition for writ of mandamus is moot. Accordingly, the petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-12371, styled *In the Matter of the Marriage of Christopher Post and Samantha Renee Vega*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.